WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>vs.<br><br>Ryan Tsosie,<br><br>       Defendant. | CR-08-1299-PHX-DGC<br>08-03454M-001-PCT-LOA<br><br>**ORDER** |

    The defendant appeared in court with counsel. The defendant's probable cause hearing was held and his detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant committed the alleged offense as stated in the complaint.

    IT IS ORDERED that the defendant is detained pending trial.

    DATED this 8th day of October, 2008.

                                                          Mark E. Aspey<br>                                               United States Magistrate Judge